ACCEPTED
12-14-00205-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/6/2015 4:30:15 PM
CATHY LUSK
CLERK

CAUSE NOs. 12-14-00205-CR, 12-14-00206-CR, 12-14-00207-CR

| | | |
|---|---|---|
| CHARLES EDWARD LUSK | § | IN THE COURT OF APPEALS |
| | § | |
| V. | § | 12th JUDICIAL DISTRICT |
| | § | |
| THE STATE OF TEXAS | § | TYLER, TEXAS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/6/2015 4:30:15 PM
CATHY S. LUSK
Clerk

## STATE'S MOTION FOR EXTENSION OF TIME AND FOR LATE FILING OF THE STATE'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Comes now the STATE OF TEXAS, and presents its Motion for Extension of Time for Filing of the State's Brief in the above causes, and in support of this motion, would show the Honorable Court the following:

A. The cases were originally disposed of by open guilty pleas in the 241st District Court of Smith County, Texas, the Honorable Jack Skeen, Jr., judge presiding.

B. The trial court cause numbers were 241-0126-14, 241-0127-14, and 241-0128-14, and the cases were styled *The State of Texas v. Charles Lusk.*

C. Appellant was convicted of the offense of Delivery of a Controlled Substance in each case.

D. The trial court assessed sentences of twenty years and fifty years in confinement and no fine.

E. On November 1, 2014, Appellant filed a brief. The State's brief was due to be filed in the Court on or before December 30, 2014.

F. There has been one extension of time granted for the filing of Appellant's and the State's briefs.

G.    Pursuant to T.R.A.P. 10.5(b), the State is seeking the Court's indulgence to order an extension of seven (7) days to allow the State an opportunity for timely filing its brief on or before January 6, 2015.

H.    The facts relied upon to support this request are as follows:

I, Michael West, the undersigned Assistant Criminal District Attorney, am responsible for the Appellate Division in the office. We have been short by one attorney in my division for over a year now. It has been extremely busy these last two months and I have had re-direct my attention to completing the following State's responses and have been personally involved in the following trial or appellate division matters:

1.    1-91-32, *Lewis v. State*, State's motion for release of trial exhibits for further DNA testing completed on 11/04/14.

2.    007-1118-13-A, *Ex parte Mitchell*, State's supplemental answer completed on 11/05/14.

3.    241-1692-06-B, *Ex parte Rowe*, State's answer completed on 11/06/14.

4.    114-80305-97, *Ladd v. State*, preparation for and attendance at hearing to set an execution date held in the 114th District Court on 11/07/14.

5.    114-0957-12-A, *Ex parte Gee*, State's answer completed on 11/09/14.

6.    007-1883-13, *Brown v. State*, State's response to defendant's motion to suspend probation conditions completed on 11/10/14.

7.    007-0695-13-A, *Ex parte Pinson*, State's answer completed on 11/14/14.

8.    114-81629-97-B, *Ex parte Little*, State's answer completed on 11/18/14.

9.    114-2075-07-L, *Ex parte Randolph*, State's answer completed on 11/18/19.

10.   12-14-00062-CR, *Gordy v. State*, State's letter brief completed on 11/19/14.

11.   12-14-00063-CR, *Gordy v. State*, State's letter brief completed on 11/19/14.

12. 241-81584-99-A, *Ex parte Rosales*, preparation for and attendance at evidentiary hearing held on 11/24/14 in the 114th District Court.

13. 241-1044-12-A, *Ex parte Ausborne*, State's answer completed on 11/25/14.

14. 114-0799-01-B, *Ex parte Malpica*, State's answer completed on 11/26/14.

15. 12-14-00167-CV, *In the Matter of T.H.*, State's response brief completed on 12/04/14.

16. 241-0045-13-A, *Ex parte Smith*, State's supplemental answer completed on 12/08/14.

17. 007-1119-13-A, *Ex parte Mitchell*, State's supplemental answer completed on 12/09/14.

18. 007-0695-13-A, *Ex parte Pinson*, State's supplemental answer completed on 12/11/14.

19. 100,513-A, *Ex parte Malone*, State's answer completed on 12/12/14.

20. 12-14-00011-CR, *Scott v. State*, State's response brief completed on 12/17/14.

21. 241-0526-12-B, *Ex parte Dixon*, State's answer completed on 12/18/14.

22. 114-0218-07-A, *Ex parte Green*, State's proposed findings of fact completed on 12/19/14.

23. The undersigned had vacation time scheduled for the Christmas holiday from 12/22/14 through 12/26/14.

24. 114-0760-13-A, *Ex parte Roberson*, State's answer completed on 12/29/14.

25. 114-0107-12-A, *Ex parte Burks*, State's answer completed on 12/30/14.

26. 007-1820-03-C, *Ex parte Cumbee*, State's answer completed on 12/30/14.

27. 114-0163-13-A, *Ex parte Williams*, State's supplemental answer completed on 12/31/14.

28. 241-0010-13-A, *Ex parte Cain*, State's answer completed on 01/02/15.

29. 241-0085-06-B, *Ex parte Waddleton*, State's answer completed on 01/02/15.

I. In addition to the appellate/trial matters listed above, I am daily called upon to research issues arising at trial, to answer questions from law enforcement, or to assist in the preparation and or presentation of grand jury indictments.

J. This motion is not being filed purely for purposes of delay, but rather to allow the State to timely respond to the argument in Appellant's brief. No further delay will be necessary as the State's brief has been electronically filed along with this motion.

K. The State has a great interest in affirming the judgement of the 241st District Court in this case.

**WHEREFORE**, this request is respectfully made that the Court grant the State the opportunity of filing its brief on or before January 6, 2015.

Respectfully submitted

Michael J. West, SBN: 21203300
Assistant Criminal District Attorney
Smith County, Texas
100 N. Broadway, 4th Fl.
Tyler, Texas 75702
(903) 590-1720
(903) 590-1719 (fax)

## VERIFICATION

STATE OF TEXAS

SMITH COUNTY, TEXAS

BEFORE ME, the undersigned authority, a notary public in and for the State of Texas, on _____January 6, 2015_____, personally appeared _____Michael West_____, representing the State of Texas as Assistant Criminal District Attorney in the above captioned cause, and having been by me first duly sworn, stated that the facts set out in this motion are within his personal knowledge and are true and correct.

NOTARY PUBLIC - State of Texas



PERLA YVETH NAVARRO
Notary Public
State of Texas
My Comm. Expires 5-31-2015

## CERTIFICATE OF SERVICE

On ___January 6, 2015___, at true and complete copy of this instrument has been electronically served to:

Mr. Austin Jackson
Attorney at Law
112 East Line, Ste. 310
Tyler, Texas 75702

Michael J. West, SBN: 21203300
Assistant Criminal District Attorney
Smith County, Texas
100 N. Broadway, 4th Fl.
Tyler, Texas 75702
(903) 590-1720
(903) 590-1719 (fax)